**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TOBIAS ROETSCH,

    Plaintiff,                               Case No.: 1:26-cv-05510

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | ouxunbaihuoshangmao |
| 2 | LanLingXianHaoJiaZhuangShiGongChengYouXianGongSi |
| 3 | AZCJC |
| 4 | Maxonor-US |
| 5 | FuwillTech |
| 6 | CYAYA Wall Art |
| 7 | MY HOME PET |
| 8 | zhihao-1 |
| 9 | WangZiYou YouZiWang |
| 10 | Durcoo |
| 11 | Penan Migration Company |
| 12 | Zhu zhi wu |
| 13 | Hordizon art |
| 14 | Dreams in Brushstrokes |
| 15 | Canyon Paint Shop |
| 16 | Milk Black Coffee |
| 17 | MOMENT PAINTING ART |
| 18 | yujain ni art |
| 19 | M Z M Canvas painting |
| 20 | LZX ARt |
| 21 | ArtVoyant Workshop |
| 22 | GETIFIT exquisite murals |
| 23 | UmiXiYi |
| 24 | Marco xiaobao |
| 25 | ETree |

2

| 26 | HomeHueCanvas |
| 27 | Biwang |
| 28 | adoemd |
| 29 | supermarket oneone |
| 30 | Whimsy WondersABC |
| 31 | painting core A |
| 32 | KAMELON |
| 33 | Mrchfr |
| 34 | The exclusive poster |
| 35 | ZYHL |
| 36 | Gerald Decoration |
| 37 | Mrccggxx |
| 38 | DesignDrop Wall Poster |
| 39 | Wonderful poster decoration painting |
| 40 | yazaijunjue |
| 41 | Deqde Wall Art |
| 42 | Chen Yi Canvas painting |
| 43 | TianYunZ |
| 44 | nordicwallcanvas.com |