**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TOBIAS ROETSCH,

    Plaintiff,                        Case No.: 1:26-cv-05510

v.                                  Judge Sharon Johnson Coleman

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Amended Schedule A

[12] of the Complaint.

| No. | Defendant |
|-----|-----------|
| 1 | Penan Migration Company |

This terminates the action.

DATED: July 14, 2026                Respectfully submitted,

                                   */s/ Keith A. Vogt*
                                   Keith A. Vogt
                                   FL Bar No. 1036084 / IL Bar No. 6207971
                                   Keith A. Vogt PLLC
                                   1820 NE 163rd Street, Suite #306
                                   North Miami Beach, Florida 33162
                                   Telephone: 312-971-6752
                                   E-mail:  keith@vogtip.com

                                   ***ATTORNEY FOR PLAINTIFF***

1